# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JOSE LUIS REYNALDO
REYES- CASTILLO,
A.k.a. "Molesto,"

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:19-cr- *103*

ORDER FOR ISSUANCE OF
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM FOR
JOSE LUIS REYNALDO
  REYES- CASTILLO
(ID#) 54729-048

        Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

        IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOSE LUIS REYNALDO REYES- CASTILLO** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A, Tuesday, 5/21/19 VCF, Courtroom 3D _____, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

        DATED: April 30, 2019

_____
UNITED STATES MAGISTRATE JUDGE

1   NICHOLAS A. TRUTANICH
United States Attorney
2   District of Nevada
Nevada Bar Number 13644
3   DAVID L. JAFFE
Chief, Organized Crime & Gang Section
4   U.S. Department of Justice
JOHN S. HAN, Trial Attorney
5   Organized Crime & Gang Section
501 Las Vegas Boulevard South
6   Suite 1100
Las Vegas, Nevada 89101
7   702-388-6336

8

## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
-oOo-
10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr- *103* |
| | ) | |
| 12        Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| 13        vs. | ) | JOSE LUIS REYNALDO |
| | ) |    REYES- CASTILLO |
| | ) | (ID#) 54729-048 |
| 14   JOSE LUIS REYNALDO | ) | |
|      REYES- CASTILLO, | ) | |
| 15   A.k.a. "Molesto," | ) | |
| | ) | |
| 16        Defendant. | ) | |
| | ) | |

17

18        The petition of the United States Attorney for the District of Nevada respectfully shows

19   that **JOSE LUIS REYNALDO REYES- CASTILLO** is committed by due process of law in the

20   custody of the Warden, Fresno County Jail, Fresno, California, that it is necessary that the said

21   **JOSE LUIS REYNALDO REYES- CASTILLO** be temporarily released under a Writ of

22   Habeas Corpus Ad Prosequendum so that the said **JOSE LUIS REYNALDO REYES-**

23   **CASTILLO** may be present before the United States District Court for the District of Nevada,

24   Las Vegas, Nevada, on ____ I/A, Tuesday, 5/21/19 _____, for arraignment and from time
                       VCF, Courtroom 3D

to time and day to day thereafter until excused by the said Court.

1      That the presence of the said **JOSE LUIS REYNALDO REYES- CASTILLO** before

2 the United States District Court on or about _____ I/A, Tuesday, 5/21/19 VCF, Courtroom 3D _____, for

3 arraignment and from time to time and day to day thereafter until excused by the Court has been

4 ordered by the United States Magistrate or District Judge for the District of Nevada.

5      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

6 Prosequendum issue out of this Court, directed to the Warden, Fresno County Jail, Fresno,

7 California,, and to the United States Marshal for the District of Nevada, commanding them to

8 produce the said **JOSE LUIS REYNALDO REYES- CASTILLO** before the United States

9 District Court on or about _____ I/A, Tuesday, 5/21/19 VCF, Courtroom 3D _____, for arraignment and

10 from time to time and day to day thereafter, at such times and places as may be ordered and

11 directed by the Court entitled above, to appear before the Court, and when excused by the said

12 Court, to be returned to the custody of the Warden, Fresno County Jail, Fresno, California.

13      DATED this 30th day of April, 2019

14

15                            Respectfully submitted,

16                            NICHOLAS A. TRUTANICH
                           United States Attorney

17

18                            JOHN S. HAN
                           Trial Attorney

19

20

21

22

23

24