# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSE LUIS REYNALDO REYES-CASTILLO, et al.,<br><br>         Defendant(s). | Case No.: 2:19-CR-00103-JCM-VCF<br><br>**ORDER** |

   Presently before the court is the matter of *United States v. Reyes-Castillo*, case number 2:19-cr-00103-JCM-VCF.

   On April 21, 2020, this court adopted the parties' stipulated amendment to the complex case scheduling order. (ECF No. 46). There, the parties agreed to "the setting of a new trial date in Winter 2022." (*Id.*).

   This court hereby approves and sets the calendar call date as February 2, 2022, at 1:30 pm, and trial start date as February 7, 2022, at 9:00 am.

   Accordingly,

   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that calendar call is SCHEDULED for February 2, 2022, at 1:30pm, in courtroom 6A.

   IT IS FURTHER ORDERED that the trial is SCHEDULED to begin on February 7, 2022, at 9:00am, in courtroom 6A.

   DATED September 28, 2020.

                                                          */s/ James C. Mahan*
                                                          UNITED STATES DISTRICT JUDGE