Richard A. Wright, Esq.
Nevada Bar No. 886
Monti Jordana Levy, Esquire
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
mlevy@wmllawlv.com

John P. Balazs, Esquire
California Bar No. 157287
John Balazs Law Offices
916 2nd Street, Suite F
Sacramento, CA 95814
Office: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorneys for Defendant
Jose Luis Reynaldo Reyes-Castillo

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS REYNALDO REYES-CASTILLO,<br><br>    Defendant. | Case No.  2:19-CR-00103-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED and agreed, by and between, JOSE LUIS REYNALDO REYES-CASTILLO, Defendant, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE, and MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, and JOHN P. BALAZS, ESQUIRE, JOHN BALAZS LAW OFFICES, and JASON M. FRIERSON, United States Attorney, by MELANEE L. SMITH, Assistant United States Attorney, that the briefing schedule will be extended so that Mr. Reyes-Castillo will have until August 12, 2022, to file his reply brief as discussed below.

This stipulation is entered into for the following reasons:

1. On July 15, 2022, the Defendant filed a Motion for Inspection and copying of Grand Jury Records Re: Model Jury Plan Section 5.04 to Chief Judge Du. (ECF No. 96.) The government filed its response on July 29, 2022. (ECF No. 97.) The reply is currently due August 5, 2022.

2. Counsel for the Defendant requires a 7-day extension to adequately prepare this reply brief and confer with the Defendant. The parties agree that the Defendant may file his reply brief on August 12, 2022.

3. Given ECF No. 96 has been referred to Chief Judge Du, the parties request that this stipulation be referred to Her Honor for consideration.

3. This is the first request to extend this reply briefing deadline.

WHEREFORE, the United States of America, and the Defendant, Jose Luis Reynaldo Reyes-Castillo, agree that Mr. Reyes-Castillo's time to brief this reply be extended until August 12, 2022.

Dated this 3rd day of August, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| By  /s/ Richard A. Wright | By   /s/ Melanee L. Smith |
| RICHARD A. WRIGHT, ESQUIRE | MELANEE L. SMITH |
| MONTI JORDANA LEVY, ESQUIRE | Assistant U.S. Attorney |
| JOHN BALAZS, ESQUIRE | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE LUIS REYNALDO REYES-CASTILLO, ) <br> ) <br> ) | Case No.  2:19-CR-00103-JCM-VCF <br><br> **ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, this Court finds that on July 15, 2022, the Defendant filed a Motion for Inspection and copying of Grand Jury Records Re: Model Jury Plan Section 5.04 to Chief Judge Du.  (ECF No. 96.)  The government filed its response on July 29, 2022.  (ECF No. 97.) The current reply brief is due August 5, 2022.

**IT IS HEREBY ORDERED** that Mr. Reyes-Castillo shall have until August 12, 2022, to file his reply brief.

Dated:  August 10, 2022

_____
MIRANDA DU
UNITED STATES DISTRICT COURT, CHIEF JUDGE