1    JASON M. FRIERSON
     United States Attorney
2    District of Nevada
     Nevada Bar Number 7709
3    MELANEE SMITH
     JACOB OPERSKALSKI
4    Assistant United States Attorneys
     501 Las Vegas Boulevard South, Suite 1100
5    Las Vegas, Nevada 89101
     (702) 388-6336
6    Melanee.Smith@usdoj.gov
     Jacob.Operskalski@usdoj.gov
7    DAVID L. JAFFE
     Chief, Violent Crime and Racketeering Section
8    U.S. Department of Justice
     JEREMY I. FRANKER
9    CHRISTOPHER O. TAYLOR
     Trial Attorneys
10   Violent Crime and Racketeering Section
     U.S. Department of Justice
11   Jeremy.Franker@usdoj.gov
     Christopher.Taylor2@usdoj.gov
12
     *Attorneys for United States of America*
13
                    **UNITED STATES DISTRICT COURT**
14                      **DISTRICT OF NEVADA**

15   UNITED STATES OF AMERICA,              Case No. 2:19-cr-00103-JCM-VCF

16             Plaintiff,                   **Stipulation to Continue Response to
                                            Defendant's Motion to Dismiss (ECF**
17             v.                           **No. 137)**

18   JOSE LUIS REYNALDO REYES-CASTILLO,
         a/k/a "Molesto,"
19
               Defendant.
20

21           The United States of America, by and through JASON M. FRIERSON, United States

22   Attorney, and Melanee Smith and Jacob Operskalski, Assistant United States Attorneys; and

23   DAVID L. JAFFE, Chief of the Violent Crime and Racketeering Section, U.S. Department

24   of Justice, and Jeremy Franker and Christopher Taylor, Trial Attorneys; and defendant Jose

                                            1

Luis Reynaldo Reyes-Castillo, by and through his counsel, Richard A. Wright, Monti J. Levy, and John P. Balazs, hereby stipulate and agree to continue the June 3, 2024 deadline for the government to file a response to defendant's Motion to Dismiss (ECF No. 137) to July 15, 2024.

The parties enter this stipulation for the following reasons:

1.      The defendant's motion argues the grand jury that returned the superseding indictment was not constitutionally sound. The superseding indictment was filed in August 2021. (ECF No. 69)

2.      The government expects to present additional evidence to the current grand jury the last week of June and will ask them to return a second superseding indictment. The current grand jury was empaneled in August 2022.

/ /

/ /

/ /

3.      If the current grand jury returns a second superseding indictment, the defendant's motion will be moot. The current grand jury is composed of different jurors than the grand jury that returned the first superseding indictment.

4.      The defense does not object to the continuance.

Respectfully submitted this 31st day of May 2024.


JASON M. FRIERSON                          /s/ Richard A. Wright
United States Attorney                     RICHARD A. WRIGHT, ESQ.
                                           MONTI J. LEVY, ESQ.
/s/ Melanee Smith                          JOHN BALAZS, ESQ.
/s/ Jacob Operskalski                      Counsel for defendant
MELANEE SMITH                              JOSE LUIS REYES-CASTILLO
JACOB OPERSKALSKI
Assistant U.S. Attorneys

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section

/s/ Jeremy Franker
/s/ Christopher Taylor
JEREMY FRANKER
CHRISTOPHER TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00103-GMN-MDC |
| Plaintiff, | |
| v. | |
| JOSE LUIS REYNALDO REYES-CASTILLO,<br>a/k/a "Molesto," | |

**ORDER**

Based on the stipulation of counsel, the Court finds that good cause exists to modify the June 3, 2024 deadline for the government to file its response to defendant Jose Luis Reynaldo Reyes-Castillo's Motion to Dismiss (ECF No. 137).

IT IS THEREFORE ORDERED that the government's deadline to file a response to defendant Jose Luis Reynaldo Reyes-Castillo's Motion to Dismiss shall be extended from June 3, 2024, to July 15, 2024.

DATED: This ___4th___ day of ___June, 2024___.

_____
United States Magistrate Judge

1