# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff(s),<br><br>vs.<br><br><br>Jose Luis Reynaldo Reyes Castillo, et al.,<br><br>                    Defendant(s). | 2:19-cr-00103-GMN-MDC<br><br>**ORDER VACATING PREVIOUS ORDER PERTAINING TO THE DISCLOSURE OF GRAND JURY RECORDS (ECF NO. 151)** |

The undersigned previously granted the parties' *Stipulation for Grand Jury Records* in error. ECF No. 151. Pursuant to the Court's Jury Plan, Section 5.04, the parties should have addressed their stipulation to the Chief Judge.

IT IS ORDERED that:

1. The Court's previous Order regarding the *Stipulation for Grand Jury Records* (ECF No. 151) is VACATED.

2. The Clerk of Court is directed to STRIKE the Order (ECF No. 151) from the docket.

3. The parties are directed to resubmit their *Stipulation for Grand Jury Records*. The resubmission must be directed to the Chief Judge in accordance with the Court's Jury Plan, Section 5.04.

Dated this 7th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge