UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0103-GMN-MDC |
| Plaintiff, | ORDER |
| vs. | |
| JOSE LUIS REYNALDO REYES-CASTILLO, | |
| Defendant. | |

   Based upon the parties' stipulation (ECF No. 153), and for good cause appearing, it is therefore ordered that the Clerk of Court disclose Grand Jury records in accordance with ECF Nos. 96 and 101, but with respect to the Second Superseding Indictment (ECF No. 141).

   DATED THIS 9th Day of August 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT, CHIEF JUDGE