UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS REYNALDO REYES-CASTILLO,<br><br>    Defendant. | Case No. 2:19-CR-00103-GMN-MDC<br><br>**ORDER** |

For good cause shown Richard A. Wright is allowed to attend the Calendar Call on April 15, 2025 with a link to be provided by the Court Clerk.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: April __8__, 2025.